IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE P. HAYES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FAIRFIELD CITY POLICE DEPARTMENT,<br><br>　　　　Defendant. | No. 2:23-CV-2380-DMC-P<br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion for an extension of time to file a second amended complaint.  See ECF No. 12.

　　　　Plaintiff initiated this action with a pro se complaint filed on October 19, 2023. See ECF No. 1.  Plaintiff filed a first amended complaint as of right on November 13, 2023.  See ECF No. 6. On November 17, 2023, Plaintiff initiated a separate action with a pro se complaint. See ECF No. 1 in Hayes v. Beck, et al., 2:23-cv-2694-WBS-EFB-P (Hayes II).  On December 22, 2023, Plaintiff filed in Hayes II a motion for leave to amend along with a proposed first amended complaint.  See ECF Nos. 6 and 7 in Hayes II.  Judge Brennan has recommended that Hayes II be dismissed as duplicative of the instant action.  See ECF No. 9 in Hayes II.

///

    In the motion pending in this case, Plaintiff appears to believe that the first amended complaint filed in Hayes II was intended as his second amended complaint in this case. This belief is puzzling, however, given that the first amended complaint in Hayes II was filed on December 22, 2023, and the Court did not order a second amended complaint to be filed in this case until May 23, 2024, and the docket in Hayes II does not reflect any amended complaints filed in that action after this date.

    In any event, and to the extent Plaintiff may be confused about the procedural posture of his cases, the Court will grant Plaintiff additional time to file a second amended complaint in this action consistent with the May 23, 2024, order.

    Accordingly, IT IS HEREBY ORDERED as follows:

    1. Plaintiff's motion for an extension of time, ECF No. 12, is GRANTED.

    2. Plaintiff shall file a second amended complaint within 30 days of the date of this order.

Dated:  June 17, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE