**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

LAWRENCE P. HAYES,

Plaintiff,

v.

FAIRFIELD CITY POLICE DEPARTMENT,

Defendant.

No. 2:23-cv-2380-DAD-ICD-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for an extension of time to file a sixth amended complaint. ECF No. 36. Good cause appearing, Plaintiff's motion is GRANTED and Plaintiff's sixth amended complaint, filed on October 22, 2026, ECF No. 37, is deemed timely. The sufficiency of Plaintiff's sixth amended complaint will be addressed separately.

IT IS SO ORDERED.

Dated: October 28, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE